[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

**FILED**
**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**August 30, 2005**
**THOMAS  K. KAHN**
**CLERK**

No. 04-16668
Non-Argument Calendar

D.C. Docket No. 04-20305-CR-JEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JORGE MORENO,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

**(August 30, 2005)**

Before EDMONDSON, Chief Judge, HULL and WILSON, Circuit Judges.

PER CURIAM:

Sheryl Joyce Lowenthal, appointed counsel for Jorge Moreno in this direct

criminal appeal, has moved to withdraw and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is GRANTED, and Moreno's convictions and sentences are AFFIRMED.